7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Mark Nathan Brown and Christen Lea Brown–ABOVE MED–
*Debtor*

*Bankruptcy Case No.*
13–40713–abf13

**Silver Lake Bank**
    Plaintiff(s)

*Adversary Case No.*
13–04166–abf

v.

**Mark Nathan Brown**
**Christen Lea Brown**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: directing Judgment in favor of Plaintiff in the amount of $24050.61, plus attorney fees in the amount of $4225.48, with such Judgment bearing interest at the rate of 9% beginning on the date of the filing of the bankruptcy case. Such Judgment is nondischargeable pursuant to 11 U.S.C. § 523(a)(3).

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Susan Wexter
    Deputy Clerk

Date of issuance: 12/4/13

Court to serve